# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

RECEIVED
MAR 04 2024
Clerk, U.S. District Court
Fairbanks, AK

David R Ambrose II
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Salvatore Pais
Donald Trump
Mike Pompeo
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: David R Ambrose II
- Address: 1091 3rd Ave
  - City: North Pole
  - State: AK
  - Zip Code: 99705
- County: FNSB
- Telephone Number: 907-251-1732
- E-Mail Address: dambrose0123@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Salvatore Pais
- Job or Title (if known): Engineer
- Address: Unknown
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

[X] Individual capacity   [X] Official capacity

**Defendant No. 2**
- Name: Donald Trump
- Job or Title (if known): Commander in Chief
- Address: 1100 S Ocean Blvd
  - City: Palm Beach
  - State: FL
  - Zip Code: 33480
- County: Palm Beach County
- Telephone Number: 561-832-2600
- E-Mail Address (if known):

[X] Individual capacity   [X] Official capacity

Defendant No. 3
  Name: Mike Pompeo
  Job or Title (if known): Former Secretary of State, Former director of the CIA
  Address: Unknown
    City / State / Zip Code
  County
  Telephone Number
  E-Mail Address (if known)

  [X] Individual capacity    [X] Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Address:
    City / State / Zip Code
  County
  Telephone Number
  E-Mail Address (if known)

  [ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

   [X] Federal officials (a *Bivens* claim)

   [ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The right not to be attacked with spacetime winds in accordance with treason provisions in the constitution. Additional concerns of violations to other statutes. Deprivation of the right to be free from a timeline dictated by the military. Concerns of rebellion.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 1st amendment, 10th amendment, 4th amendment, 8th amendment, 9th amendment, 14th amendment, 22nd amendment,

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Salvatore Pais acting in conjuction with Donald Trump and Mike Pompeo under the pretense of the military/executive branch law enforcement duties manipulated the nuclear spin rates of individuals and the fabric of reality along with it.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The South Pacific Ocean

B. What date and approximate time did the events giving rise to your claim(s) occur?

November 2019

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
- Spacetime modification devices were used.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Spacetime symptoms

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- Access to technology to remedy the situation

- 750 billion dollars in gold.

- Imprisonment of defendants.

- Disqualification from office and the end of employment as well as the ability to contract with the government.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-4-2024

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: David A Ambrose II

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City  State  Zip Code

Telephone Number
E-mail Address